UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

THERESA NUNEZ ,

                Plaintiff,

     -v-

THE CITY OF NEW YORK,

                Defendant.
_____X

**DECLARATION OF SERVICE**

~~23 CV 1421 (NGG)(CLP)~~

24 CV 3880 (MMG)

      I, Jan Carlos Ramirez, do hereby swear under 28 U.S.C. Sec. 1746 that the following is true

and accurate under the penalty of perjury:

1. I am over the age of eighteen (18) years old.

2. I am not a party to this action.

3. On May 23, 2024, I served the above-referenced defendant City of New York at 100 Church Street, NY, NY 10007 with a copy of summons and complaint.

4. The service was accepted by Ariton Marke on behalf of the defendant City.

Dated:    May 23, 2024
             New York, New York 10007

                                                   *Jan Carlos Ramirez*
                                                   Jan Carlos Ramirez